IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-333-DCK

| | | |
|---|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| WALTER H. ZIMMERMAN, | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court was notified by Certification of ADR Session submitted by M. Ann Anderson, Mediator in this matter, that the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter. Counsel are respectfully reminded of Section III(E) of the Pretrial Order and Case Management Plan (Document No. 9) providing that the parties are to file all documents needed to effectuate the settlement of a case within thirty (30) days of reaching an agreement, unless additional time is sought and granted by the Court.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **June 2, 2011**.

Signed: May 3, 2011

David C. Keesler
United States Magistrate Judge